UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN HENDRICKS,

                Petitioner,                  Case Number: 2:08-CV-12884

v.                                       HON. LAWRENCE P. ZATKOFF

SHERRY BURT,

                Respondent.

_____/

## OPINION AND ORDER DENYING MOTION FOR RECONSIDERATION

Petitioner Melvin Hendricks, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 20, 2009, the Court denied Petitioner's petition, holding that the petition was filed untimely. Presently before the Court is Petitioner's Motion for Reconsideration (Docket #11). The Court has now conducted a thorough review of the Court file, including Petitioner's petition, the Court's November 20, 2009 Opinion and Order, and the arguments set forth in Petitioner's Motion for Reconsideration. After that review and consideration of the same, the Court is not persuaded that Petitioner's untimeliness in filing his petition need be, or even should be, excused. Accordingly, the Court hereby DENIES Petitioner's Motion for Reconsideration (Docket #11). In addition, the Court reiterates its denial of Petitioner's Application to Proceed in Forma Pauperis on Appeal and Motion for Certificate of Appealability, as addressed in the Court's January 14, 2010, Order. *See* Docket #16.

        IT IS SO ORDERED.

                                    S/Lawrence P. Zatkoff
                                    LAWRENCE P. ZATKOFF
                                    UNITED STATES DISTRICT JUDGE

Dated: May 19, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 19, 2010.

S/Marie E. Verlinde
Case Manager
(810) 984-3290